IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT LAKES DREDGE & DOCK COMPANY, | No.   C07-1694 MJJ |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| TODD CAMPBELL., et al., | |
| Defendant(s). | |

THE COURT hereby issues an ORDER TO SHOW CAUSE why plaintiff's claims should not be dismissed for failure to prosecute, pursuant to Rule 41(b) of the Federal Rules of Civil Procedure.

If plaintiff fails to file a written response to this order to show cause **within 10 days of the date of the order**, the case shall be dismissed for failure to prosecute. The Case Management Conference scheduled for **July 10, 2007** is hereby vacated, as plaintiff has failed to serve the defendants.

**IT IS SO ORDERED.**

Dated:  6/28/2007

MARTIN J. JENKINS
United States District Judge