IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREAT LAKES DREDGE AND DOCK,   No. C07-01694 MJJ

    Plaintiff,   **ORDER EXTENDING TIME LIMIT FOR SERVICE UNDER RULE 4(M)**

v.

TODD CAMPBELL,

    Defendant.
_____/

Plaintiff filed its complaint on March 23, 2007. On June 26, 2007, the Court issued an Order To Show Cause why Plaintiff's claims should not be dismissed for failure to prosecute under Rule 41(b). On July 12, 2007, Plaintiff's counsel submitted a declaration detailing the parallel litigation in state court between the parties and Plaintiff's efforts to serve the Defendant.

Rule 4(m) provides that service of the summons and complaint must be made upon a defendant within 120 days after the filing of the complaint, a deadline that has now expired. After considering the declaration submitted by Plaintiff's counsel, the Court finds that good cause for failure to effect service exists. Accordingly, pursuant to the authority granted by Rule 4(m), the Court extends the time for service of the summons and complaint upon Defendant until **September 23, 2007**. If service is not effected by that time, the case shall be dismissed without prejudice pursuant to Rule 4(m).

**IT IS SO ORDERED.**

Dated:    8/2/2007

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE