IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT LAKES DREDGE AND DOCK, | No. C07-01694 MJJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| TODD CAMPBELL, | |
| Defendant. | |

The Court has received no opposition or statement of non-opposition from Plaintiff to Defendant's Motion To Dismiss, which is scheduled for hearing on October 2, 2007. Under the Civil Local Rules, the opposition was due three weeks before the hearing date.

Plaintiff is hereby **ORDERED** to show good cause in writing, **by Monday, September 17, 2007**, why no opposition or statement of non-opposition has been filed to date, and why any tardy filing should be considered at this point given the guidelines of the Local Rules, as well as the Court's Standing Order for civil cases.

Plaintiff is **ORDERED** to file an opposition or statement of non-opposition concurrently with the response to this order to show good cause. Defendant may file a reply one week after Plaintiff's opposition is filed. Failure to respond to this order shall result in the imposition of sanctions, which may include granting the motion.

**IT IS SO ORDERED.**

Dated: September 13, 2007

_____
MARTIN J. JENKINS
UNITED STATES DISTRICT JUDGE