IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT LAKES DREDGE AND DOCK,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TODD CAMPBELL,<br><br>　　　　Defendant.<br>_____/ | No. C07-01694 MJJ<br><br>**ORDER RE: SUPPLEMENTAL BRIEFING ON *COLORADO RIVER* DOCTRINE** |

　　　Before the Court is Defendant Todd Campbell's Motion To Dismiss The Complaint For Lack Of Subject Matter Jurisdiction (Docket No. 7), in which Defendant requests that the Court decline to exercise jurisdiction over Plaintiff's complaint because of the pending state court proceeding. After reviewing the parties' submissions, it appears to the Court that a legal doctrine not discussed by the parties, the *Colorado River* abstention doctrine, may govern this Court's decision over whether to grant Plaintiff's requested relief. *See Colorado River Water Conservation Dist. v. U. S.*, 424 U.S. 800 (1976), *Moses H. Cone Memorial Hosp. v. Mercury Const. Corp.*, 460 U.S. 1 (1983). Because the parties have not addressed this doctrine, the Court **ORDERS** each side to file a letter brief **no later than Friday, September 28, 2007**, limited to two (2) pages or less, regarding the applicability of the *Colorado River* doctrine to this case.

**IT IS SO ORDERED.**

Dated: September 26, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　MARTIN J. JENKINS
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE