IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT LAKES DREDGE AND DOCK,<br><br>    Plaintiff,<br><br>  v.<br><br>TODD CAMPBELL,<br><br>    Defendant.<br>_____/ | No. C 07-01694 JSW<br><br>**ORDER REQUIRING JOINT STATUS REPORTS** |

On February 15, 2008, this matter was reassigned to this Court. On October 15, 2007, the Honorable Martin J. Jenkins issued an Order staying this action pending resolution of all proceedings in, and all appeals from, Case No. RG05223449 in Alameda Superior Court. There has been no further activity in this case.

Accordingly, the Court HEREBY ORDERS the parties to file a joint status report setting forth the status of the proceedings in Case No. RG05223449 by no later than April 18, 2008. The Court FURTHER ORDERS the parties to file joint status reports every 120 days thereafter until the stay is lifted.

**IT IS SO ORDERED.**

Dated: February 20, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE