IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREAT LAKES DREDGE AND DOCK,

    Plaintiff,

No. C 07-01694 JSW

v.

TODD CAMPBELL,

    Defendant.

                                         /

**ORDER RE OVERDUE STATUS REPORT**

On February 15, 2008, this matter was reassigned to this Court. On October 15, 2007, the Honorable Martin J. Jenkins issued an Order staying this action pending resolution of all proceedings in, and all appeals from, Case No. RG05223449 in Alameda Superior Court. There has been no further activity in this case. On February 20, 2008, the Court ordered the parties to file joint status reports every 120 days until the stay in this case is lifted. The parties filed their first joint status report on April 18, 2008. The Court has not received any further status reports since that date. Accordingly, the parties are HEREBY ORDERED to submit a joint status report by no later than October 31, 2008. The parties are FURTHER ORDERED to submit joint status reports every 120 days until the stay in this case is lifted. Failure to comply with this Order in the future may result in sanctions being imposed.

**IT IS SO ORDERED.**

Dated: October 21, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE