IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GREAT LAKES DREDGE AND DOCK,

    Plaintiff,

  v.

TODD CAMPBELL,

    Defendant.

                                     /

No. C 07-01694 JSW

**ORDER RE OVERDUE STATUS REPORT AND ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED**

On February 15, 2008, this matter was reassigned to this Court. On October 15, 2007, the Honorable Martin J. Jenkins issued an Order staying this action pending resolution of all proceedings in, and all appeals from, Case No. RG05223449 in Alameda Superior Court. There has been no further activity in this case. On February 20, 2008, the Court ordered the parties to file joint status reports every 120 days until the stay in this case is lifted. The parties filed their first joint status report on April 18, 2008. After the Court advised the parties that their second report was overdue, the parties filed a second joint status report on October 30, 2008. Their third joint status report is now overdue. Because the Court previously advised the parties that failure to comply with the requirement to file joint status reports every 120 days might result in sanctions, the parties are HEREBY ORDERED TO SHOW CAUSE why monetary sanctions in the amount of $100 should not be imposed on each party. The parties' joint status report and

//

//

//

response to this Order to Show Cause shall be due by no later than May 22, 2009. The parties shall continue to file joint status reports every 120 days thereafter, and failure to comply with this Order may result in increased monetary sanctions in the future.

**IT IS SO ORDERED.**

Dated: May 11, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE